IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JESSICA NARDELLI, AND; AND JULIE HANSEN, | ) ) ) ) ) | 2:20-CV-01723-CRE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| DON G. LAMPARSKI D.M.D, AND; AND DON G. LAMPARSKI JR., BOTH JOINTLY AND SEVERALLY; | ) ) ) ) | |
| Defendants, | ) ) | |

## **ORDER**

AND NOW, this 17th day of December, 2021,

Upon consideration of Defendants' motion to dismiss and motion for more definite statement (ECF No. 19), it is HEREBY ORDERED that Defendants' motion to dismiss is DENIED and motion for more definite statement is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file an amended complaint consistent with this Court's Memorandum Opinion by **January 5, 2022**.  Should Plaintiffs fail to file an amended complaint, the Court will issue a show cause order as to why the case should not be dismissed for failure to state a claim.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

1