IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JESSICA NARDELLI, AND; AND JULIE HANSEN, | ) ) ) | |
| Plaintiffs, | ) ) | 2:20-CV-01723-CRE |
| vs. | ) ) ) | |
| DON G. LAMPARSKID.M.D, AND; AND DON G. LAMPARSKIJR., BOTH JOINTLY AND SEVERALLY; | ) ) ) ) | |
| Defendants, | ) ) | |

**<u>ORDER</u>**

AND NOW, this 12th day of September, 2022,

IT IS HEREBY ORDERED that Defendants' motion to strike is DENIED, and their motion to dismiss is GRANTED (ECF No. 33);

IT IS FURTHER ORDERED that Defendants shall file a supplemental motion to dismiss with supplemental briefing as outline in the Memorandum Opinion by October 12, 2022. Brief limited to fifteen (15) pages.  Plaintiffs shall respond by November 14, 2022 with brief limited to fifteen (15) pages.

DATED this 12th day of September, 2022.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge

1