IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| JESSICA NARDELLI, AND; AND JULIE HANSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> DON G. LAMPARSKI, D.M.D, AND; AND DON G. LAMPARSKI, JR., BOTH JOINTLY AND SEVERALLY; <br><br> Defendants, | 2:20-CV-01723-CRE |

## ORDER

AND NOW, this 8th day of June, 2023, upon consideration of Defendants' Motion to Dismiss (ECF No. 41), it is hereby ORDERED that said Motion to Dismiss for Failure to State a Claim (ECF No. 41) is GRANTED as to all counts and Plaintiffs' case is dismissed with prejudice. The Motion to Dismiss for Lack of Jurisdiction is denied.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge